FILED
2013 APR 12 PM 3:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

Lawrence R. LaPorte  (CA SBN 103003)
laportel@dicksteinshapiro.com
Paul G. Novak  (CA SBN 261388)
novakp@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Attorneys for Plaintiff
THE MAYA GROUP, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MAYA GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JCF RESEARCH ASSOCIATES, INC., a New Jersey corporation,<br><br>Defendant. | CASE NO. CV13-02596-SH<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT OF PATENT NON-INFRINGEMENT, INVALIDITY**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, The Maya Group, Inc. ("Maya Group"), for its Complaint against Defendant JCF Research Associates, Inc. ("JRA") avers the following through its undersigned counsel:

### NATURE OF THE CASE

1. This is an action under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 et seq., seeking an Order confirming that Maya Group does not infringe any claim of U.S. Patent No. 5,415,151 (the '151 Patent"). Maya Group also seeks an Order

declaring that the '151 Patent is invalid and unenforceable.

## THE PARTIES

2. Plaintiff Maya Group is a corporation incorporated under the laws of California, with its principal place of business located in Torrance, California.

3. Upon information and belief, Defendant JRA is a New Jersey corporation, with its principal place of business located in Stirling, New Jersey.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338, 2201 and 2202. As detailed below, JRA's actions have created an actual controversy within the meaning of 28 U.S.C. § 2201 as to the validity, alleged infringement, and enforceability of the '151 Patent. The controversy is substantial, between parties having adverse legal interests, and of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

5. This Court has personal jurisdiction over JRA because JRA directed the acts giving rise to the actual controversy between the parties existing in this action to Maya Group's principal place of business within this Judicial District.

6. JRA further directed the acts giving rise to the actual controversy between the parties existing in this action to the Office of undersigned counsel within this Judicial District.

7. On information and belief, JRA has negotiated licenses for the '151 patent with companies incorporated in California and located in this Judicial District including, but not limited to, JAKKS Pacific, Inc., a California corporation having a principal place of business in Malibu, California.

8. Venue is proper in this Judicial District under 28 U.S.C. §§ 1391 and 1400.

//
//
//

## FACTUAL BACKGROUND REGARDING THE SUBSTANTIAL CONTROVERSY BETWEEN THE PARTIES

9. JRA is listed on the face of the '151 patent as the assignee and allegedly owns the '151 patent. The '151 patent issued on May 16, 1995.

10. On or around March 6, 2013, JRA, through its counsel, sent a letter to the Maya Group alleging that: "The Maya Group, Inc. needs a license to the '151 patent in conjunction with its line of toy guns, such as its "Xploderz Night Fighterz" series (e.g. models GEN-700 and GEN-1000), that clearly embody all of the elements of several of the claims of the '151 patent."

11. In the March 6 letter, JRA further alleged that: "JRA is willing to offer a non-exclusive license to Maya in exchange for a 5% royalty (standard in the industry) on all sales, beginning from Maya's commencement of sales through the expiration of the patent."

12. In the March 6 letter, JRA further alleged that: "JRA believes that such an arrangement would be mutually beneficial."

13. Between March 6, 2013 and April 10, 2013, Maya Group and JRA exchanged various communications related to JRA's allegations.

14. On April 10, 2013, JRA directly threatened litigation against Maya Group. On April 10, JRA, through its counsel, sent an email to Maya Group's attorney, threatening to litigate if Maya Group did not take a license immediately. In the April 10 email, JRA, through its counsel, stated: "I must hear from you today and will need something substantial to keep this dialog going, otherwise I am under strict orders to drop the hammer today." The email continued: "…if we are forced to litigate, you know the drill…"

15. JRA's explicit and repeated threats to enforce its patent rights against the Maya Group create an actual and substantial controversy between JRA and Maya Group having adverse legal interests of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

## CLAIM FOR RELIEF

### COUNT I

### (Declaratory Judgment of Non-Infringement)

16. Maya Group restates and incorporates by reference Paragraphs 1-14 of this Complaint.

17. Maya Group does not directly or indirectly infringe any claim of the '151 Patent, either literally or under the doctrine of equivalents, as its "Xploderz Night Fighterz" products operate in a fundamentally different manner than described and claimed in the '151 Patent.

18. Maya Group has not induced others to infringe the '151 Patent under 35 U.S.C. § 271(b).

19. Maya Group has not contributed to others' infringement of the '151 Patent under 35 U.S.C. § 271(c).

20. Maya Group seeks a judicial determination and declaration of the respective rights and duties of the parties based on JRA's allegations and Maya Group's contentions. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties regarding the non-infringement of the '151 Patent.

### COUNT II

### (Declaratory Judgment of Invalidity)

21. Maya Group restates and incorporates by reference Paragraphs 1-19 of this Complaint.

22. All of the claims of the '151 Patent are invalid for failing to comply with the conditions and requirements for patentability as set forth in the United States Patent Laws, 35 U.S.C. §§ 102, 103, and/or 112, and the rules and regulations and laws pertaining thereto.

23. Maya Group seeks a judicial determination and declaration of the respective rights and duties of the parties based on JRA's allegations and Maya

Group's contentions. Such a determination and declaration is necessary and appropriate at this time so that the parties may ascertain their respective rights and duties regarding the invalidity of the '151 Patent.

## PRAYER FOR RELIEF

Therefore, Plaintiff Maya Group prays for judgment against Defendant JRA as follows:

    A.    An order adjudging that Maya Group does not directly or indirectly infringe, either literally or under the doctrine of equivalents, any claim of the '151 Patent;

    B.    An order adjudging that Maya Group has not induced others to infringe any claim of the '151 Patent;

    C.    An order adjudging that Maya Group does not contribute to others' infringement of any claim of the '151 Patent;

    D.    An order adjudging that all of the claims of the '151 Patent are invalid;

    E.    An order enjoining JRA, and its agents, employees, representatives,

    F.    counsel, and all persons in active concert or participation with any of them, directly or indirectly, from threatening or charging infringement of or instituting any action for infringement of the '151 Patent against Maya Group, its suppliers, and its customers;

    G.    An order that Maya Group be awarded its costs as the prevailing party; and

    H.    Such other and further relief, at law or in equity, to which Maya Group is justly entitled.

//
//
// [Signature page follows]
//
//
//

DICKSTEIN
SHAPIRO LLP

5
COMPLAINT FOR DECLARATORY JUDGMENT

DOCSLA-109640v1

| | |
|---|---|
| DATED: April 12, 2013 | DICKSTEIN SHAPIRO LLP<br><br>By: *[signature]*<br>  Lawrence R. LaPorte<br>Attorneys for Plaintiff THE MAYA GROUP, INC. |

## JURY DEMAND

The Maya Group, Inc. hereby demands a trial by jury on any issue so triable.

Dated: April 12, 2013

By: _/s/ Lawrence R. LaPorte_
Lawrence R. LaPorte
Attorneys for Plaintiff, THE MAYA GROUP, INC.

Lawrence R. LaPorte  (CA SBN 103003)
laportel@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Telephone: (310) 772-8300

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| THE MAYA GROUP, INC., a California corporation,<br><br>PLAINTIFF(S)<br>v.<br>JCF RESEARCH ASSOCIATES, INC., a New Jersey corporation,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV13-02596-SH**<br><br>SUMMONS |
|---|---|

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __Lawrence R. LaPorte_____, whose address is __DICKSTEIN SHAPIRO LLP 2049 Century Park East, Suite 700 Los Angeles, CA 90067__.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  APR 1 2 2013

By: _____MARILYN DAV_____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                                    **SUMMONS**

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
The Maya Group, Inc., a California corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
JCF Research Associates, Inc., a New Jersey corporation

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Lawrence R. LaPorte (CA SBN 103003)
Dickstein Shapiro LLP
2049 Century Park East, Ste. 700
Los Angeles, CA 90067
Tel: 310-772-8300

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory Judgment Act, 28 U.S.C. Section 2201; Complaint for declaratory judgment of patent non-infringement, invalidity

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV13-02596

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)      CIVIL COVER SHEET      Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New Jersey |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _/s/ Lawrence R. LaPorte_ **DATE:** 04/12/13
Lawrence R. LaPorte

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

American LegalNet, Inc.
www.FormsWorkFlow.com