FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
Lawrence R. LaPorte (SBN 103003)
LaPorteL@dicksteinshapiro.com
Paul G. Novak (SBN 261388)
novakp@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 772-8300; Facsimile: (310) 772-8301
ATTORNEYS FOR : Plaintiff THE MAYA GROUP, INC.

2013 APR 12  PM 3: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

THE MAYA GROUP, INC., a California corporation,

Plaintiff(s).

v.

JCF RESEARCH ASSOCIATES, INC., a New Jersey corporation,

Defendant(s)

CASE NUMBER:

CV13-02596 -SH

Case No.:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:      THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Plaintiff The Maya Group, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| The Maya Group, Inc. | Plaintiff |

April 12, 2013
_____
Date

_____
Sign
Lawrence R. LaPorte

Attorney of Record for Plaintiff The Maya Group, Inc.
_____
Attorney of record for or party appearing in pro per

American LegalNet, Inc.
www.FormsWorkFlow.com