FILED

Lawrence R. LaPorte (CA SBN 103003)
laportel@dicksteinshapiro.com
Paul G. Novak  (CA SBN 261388)
novakp@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Telephone:  310-772-8300
Facsimile:  310-772-8301

2013 APR 12  PM 3:22

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Attorneys for Plaintiff
THE MAYA GROUP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MAYA GROUP, a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>JCF RESEARCH ASSOCIATES, INC., a New Jersey corporation,<br><br>        Defendants. | CASE NO. CV13-02596-SH<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES**<br><br>(Civil Local Rule 83-1.3) |

NOTICE OF RELATED CASES

Pursuant to United States District Court, Central District of California Local rule 83-1.3, Plaintiff The Maya Group, Inc. hereby gives notice that there are no related cases.

Dated: April 12, 2013          DICKSTEIN SHAPIRO LLP

By: /s/ Lawrence R. LaPorte
Lawrence R. LaPorte
Attorneys for Plaintiff
THE MAYA GROUP

---

1

**NOTICE OF RELATED CASES**