1  Malcolm S. McNeil (SBN 109601)
      mmcneil@foxrothschild.com
2  James E. Doroshow (SBN 112920)
      jdoroshow@foxrothschild.com
3  Ismael Bautista, Jr. (SBN 25139)
      ibautista@foxrothschild.com
4  FOX ROTHSCHILD LLP
   1800 Century Park East, Suite 300
5  Los Angeles, CA 90067-1506
   Telephone:  310-598-4150
6  Facsimile:   310-556-9828

7  Attorneys for Defendant,
   JCF RESEARCH ASSOCIATES, INC.
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MAYA GROUP, INC., a California corporation, | Case No.: CV 13-02596-SH |
| Plaintiff, | Hon. Judge Stephen J. Hillman |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT JCF RESEARCH ASSOCIATES, INC. TO RESPOND TO COMPLAINT BY NO MORE THAN 30 DAYS (L.R. 8-3)** |
| JCF RESEARCH ASSOCIATES, INC., a New Jersey corporation, | |
| Defendant. | Date Complaint Filed:    4/12/13<br>Current Response Date:    6/5/13<br>New Response Date:        7/5/13 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Local Rule 8-3, Plaintiff The Maya Group, Inc. ("Maya"), through their respective counsel of record, hereby agree and stipulate to extend the deadline for Defendant JCF Research Associates, Inc. ("JRA") to respond to the Complaint by July 5, 2013.

Dated: June 13, 2013                    FOX ROTHSCHILD LLP

                                        By  /Ismael Bautista/
                                            Malcolm S. McNeil
                                            James E. Doroshow
                                            Ismael Bautista, Jr.
                                            Attorneys for Defendant,
                                            JCF RESEARCH ASSOCIATES, INC.

Dated: June 13, 2013                    DICKSTEIN SHAPIRO LLP

                                        By  /Lawrence R. LaPorte/
                                            Lawrence R. LaPorte
                                            Paul G. Novak
                                            Attorneys for Plaintiff,
                                            THE MAYA GROUP, INC.