| | |
|---|---|
| *Attorney or Party without Attorney:*<br>LAWRENCE R. LAPORTE, ESQ # 103003<br>DICKSTEIN SHAPIRO LLP<br>2049 CENTURY PARK EAST<br>SUITE 700<br>LOS ANGELES, CA 90067<br>*Telephone No:* 310-772-8300  *FAX No:* 310-772-8301<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Central District Of California

*Plaintiff:* THE MAYA GROUP, INC., ETC.
*Defendant:* JCF RESEARCH ASSOCIATES, INC., ETC.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV13-02596-SH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO COUNSEL; PLAINTIFF'S NOTICE OF RELATED CASES (CIVIL LOCAL RULE 83-1.3); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (FOR USE IN MAGISTRATE JUDGE CIVIL CONSENT PILOT PROJECT CASE ONLY).

3. a. *Party served:* JCF RESEARCH ASSOCIATES, INC., A NEW JERSEY CORPORATION

4. *Address where the party was served:* 320 EXXEX STREET
   # 2
   STIRLING, NJ 07980

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., May. 14, 2013 (2) at: 7:10PM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MANNY BAYO
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

First Legal
1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone  (213) 250-9111
Fax        (213) 250-1197
www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, May. 16, 2013

(MANNY BAYO)   5557026   .dicsh.528941

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT