Lawrence R. LaPorte (CA SBN 103003)
laportel@dicksteinshapiro.com
Paul G. Novak (CA SBN 261388)
novakp@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel:   (310) 772-8300
Fax:   (310) 772-8301

Attorneys for Plaintiff
THE MAYA GROUP, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MAYA GROUP, INC., a California corporation,<br><br>                 Plaintiff,<br><br>       vs.<br><br>JCF RESEARCH ASSOCIATES, INC., a New Jersey corporation,<br><br>                 Defendants. | **CASE NO. CV 2:13-cv-02596-JAK-PLA**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Plaintiff, The Maya Group, Inc., hereby requests that this action be dismissed
2  without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  No
3  answer or motion for summary judgment has been served by defendant.  Each party is
4  to bear its own attorneys' fees and costs.

6  Respectfully submitted,

   Dated:  July 16, 2013                DICKSTEIN SHAPIRO LLP


                                        By:  /s/ Lawrence R. LaPorte
                                             Lawrence R. LaPorte
                                        Attorneys for Plaintiff
                                        MAYA GROUP, INC.

**DICKSTEIN SHAPIRO LLP**

1
**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

DOCSLA-112162v1